Noel Knight, Esq.
SBN #223821
The Knight Law Group
800 J Street, #441,
Sacramento, CA 95814
Tel: 510-435-9210 – cell/text
Fax: 510-281-6889

lawknight@theknightlawgroup.com

Proposed Attorneys for Debtor…

COMPASS POINTE OFF CAMPUS PARTNERSHIP B, LLC

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| IN RE:<br><br>COMPASS POINTE OFF CAMPUS<br><br>PARTNERSHIP B, LLC,<br><br>        Debtor and Debtor-in-Possession. | Case No. 2022 - 10778<br><br>DCN: NCK – 8<br><br>**DECLARATION OF TORBEN WELCH IN SUPPORT OF THE DEBTOR'S AMENDED MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING**<br><br>Date: September 28, 2022<br>Time: 9:30 a.m.<br>Place: 2500 Tulare St., Fresno, Courtroom 11, Dept. A<br>Judge: Hon. Jennifer E. Niemann |

I, Torben Welch, do hereby declare and swear to the following:

1. I am a resident of the State of Utah and am over eighteen years of age. The following facts are within my personal knowledge, except as to those matters, if any, which are stated on information and belief and as to those matters I believe to be true; accordingly, if called as witness I could and would, competently testify thereto;

DECLARATION OF TORBEN WELCH

1

2. BE ADVISED, that I am an attorney with Messner Reeves LLP ("MR") representing Aspen Real Estate Financial, LLC ("AREF") related to that certain Agreement for Purchase and Sale of Real Property and Joint Escrow Instructions dated September 9, 2022 (the "Agreement") between it and Compass Pointe Off Campus Partnership B, LLC ("Compass Pointe"). A copy of the Agreement is attached hereto as Exhibit A.

3. BE ADVISED, that under the terms of the Agreement, AREF is to make an initial deposit of $100,000.00 (the "Deposit").

4. BE ADVISED, that on September 14, 2022, AREF made such deposit to the COLTAF trust account of MR.

5. BE ADVISED, that I can confirm the Deposit is currently held by MR in such account for the benefit of the parties under the Agreement.

6. BE ADVISED, that upon this Court's approval of the Agreement, the Agreement will become effective and MR will transfer the Deposit to the escrow agent under the terms of the Agreement.

<u>I declare under penalty of perjury</u> under the laws of the State of California that the foregoing is true and correct. I can be reached at 801-683-2021.

Executed this 20th day of September, 2022 in Draper, Utah.

_____

TORBEN WELCH

###

DECLARATION OF TORBEN WELCH

2