Donna T. Parkinson – State Bar Number 125574
Thomas R. Phinney – State Bar Number 159435
**PARKINSON PHINNEY**
3600 American River Drive, Suite 145
Sacramento, CA 95864
Telephone:   (916) 449-1444
Facsimile:    (916) 449-1440
E-Mail: donna@parkinsonphinney.com
Attorneys for Merced DIP Lender, LLC,
a wholly owned affiliate of Legalist, Inc.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISON

In re

**COMPASS POINTE OFF CAMPUS PARTNERSHIP B, LLC,**

    Debtor.

Case No. 22-10778-A-11

**JOINT STATUS STATEMENT RE MOTION TO INCUR DEBT**

DCN: NCK-5

October 19, 2022
Time: 9:30 a.m.
Courtroom: 11, 5th Floor
Dept: A
2500 Tulare Street, Fresno, CA
Hon. Jennifer E. Niemann

    Debtor and Debtor in Possession, Compass Pointe Off Campus Partnership B, LLC ("Debtor"), Merced DIP Lender, LLC, a wholly subsidiary of Legalist, Inc. ("Merced") and Dakota Note, LLC ("Dakota") ( hereafter sometimes collectively referred to as the "Parties") submit the following Joint Status Statement regarding the Debtor's Motion to Incur Debt ("Motion") (DCN NCK-5).  The Court granted the Motion at the hearing on October 6, 2022 at 2:30 pm and instructed the parties to provide a proposed order.

    The Parties have exchanged revisions to the proposed order and conferred by video conference and have reached a mutually agreed proposed order.  A blackline version of the proposed order is filed herewith as <u>Exhibit 1</u>.  The proposed order will be uploaded pursuant to the USBC Eastern District Local Rules of Practice.

(Signatures on next page.)

Dated: October 17, 2022

Respectfully submitted,

**PARKINSON PHINNEY**

By: /s/ Donna T. Parkinson
Donna T. Parkinson

**KRISS & FEUERSTEIN, LLP**
Daniel N. Zinman
360 Lexington Ave., Suite 1200
New York, NY 10017

Attorneys for Merced DIP Lender, LLC,
a wholly owned affiliate of Legalist, Inc.

**FEAR WADDELL, PC**


By:_____
Peter L. Fear, Attorneys for Dakota Note, LLC

**THE KNIGHT LAW GROUP**

By:_____
Noel Knight, Attorney for Debtor,
Compass Pointe Off Campus
Partnership B, LLC

Dated: October 17, 2022

Respectfully submitted,

**PARKINSON PHINNEY**

By:   /s/ Donna T. Parkinson
      Donna T. Parkinson

**KRISS & FEUERSTEIN, LLP**
Daniel N. Zinman
360 Lexington Ave., Suite 1200
New York, NY 10017

Attorneys for Merced DIP Lender, LLC,
a wholly owned affiliate of Legalist, Inc.

**FEAR WADDELL, PC**

By: _/s/ Peter L. Fear_
      Peter L. Fear, Attorneys for Dakota Note, LLC

**THE KNIGHT LAW GROUP**

By: _____
      Noel Knight, Attorney for Debtor, Compass Pointe
      Off Campus Partnership B, LLC