Filed 06/21/24          Case 22-10778          Doc 474

**2**
GREGORY S. POWELL, State Bar No. 182199
Assistant United States Trustee
JASON BLUMBERG, State Bar No. 330150
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
Telephone: (916) 930-2100
Facsimile: (916) 930-2099
Email:  jason.blumberg@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.  22-10778-A-11 |
| Compass Pointe Off Campus Partnership B, LLC, | DC No.: UST-1 |
| | Date: August 21, 2024 |
| | Time: 9:30 a.m. |
| | Dept.: A |
| Reorganized Debtor. | Courtroom: 11 |
| _____/ | |

**DECLARATION OF LAURIE BRUGGER IN SUPPORT OF MOTION OF THE UNITED STATES TRUSTEE, PURSUANT TO 11 U.S.C. § 1112(b) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO CONVERT OR DISMISS CHAPTER 11 CASE**

I, Laurie Brugger, declare as follows:

     1.    I am employed as a Paralegal Specialist in the Sacramento Office of the United States Trustee, Region 17 (the "UST").  I am the Paralegal Specialist assigned to the bankruptcy proceeding of Compass Pointe Off Campus Partnership B, LLC (the "Debtor"), Chapter 11 Case No. 22-10778-A-11.  I have personal knowledge of the facts set forth herein, and based on that personal knowledge, I assert that all such facts are true and correct to the best of my knowledge.

1

To the extent I base my testimony upon information and belief or upon admissible evidence other than my personal knowledge, I will specifically so state.

2. On June 20, 2024, I reviewed the electronic docket for this case. Based on my review, it appears that the Debtor has not filed monthly operating reports for August 2023 and September 2023. It further appears that the Debtor has not filed post-confirmation quarterly reports for the Third Quarter of 2023, the Fourth Quarter of 2023, and the First Quarter of 2024.

3. On April 11, 2024, I was copied on an email from Jason Blumberg, a Trial Attorney for the UST, to the Debtor's counsel (Mr. Knight). <u>Exhibit 1</u> hereto contains a true correct copy of this email. On April 11, 2024, I was copied on a responsive email from Mr. Knight. <u>Exhibit 1</u> hereto contains a true correct copy of this email.

4. On June 20, 2024, I accessed the Chapter 11 Quarterly Fee Information and Collection System maintained by the United States Trustee Program. In accordance with my review, I determined that the United States Trustee's records reflect that the Debtor owes quarterly fees pursuant to 28 U.S.C. § 1930(a)(6) in the estimated amount of $24,673 through the First Quarter of 2024. <u>Exhibit 2</u> hereto is a true and correct copy of the UST's records.

I declare under penalty of perjury that the foregoing is true and correct and is of my own personal knowledge and if called to do so, I would testify to same.

Executed in Sacramento, California, on June 20, 2024.

*Laurie Brugger*
**LAURIE BRUGGER**